## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number:

GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27
WELFARE AND PENSION FUNDS,
          Plaintiff,
     v.
MIDWEST BUILDING SERVICES, INC., d/b/a MIDWEST CONTRACT GLAZING, INC., an Illinois corporation and MIDWEST CONTRACT GLAZING, INC.,
          Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |  |
|---|---|
| DONALD D. SCHWARTZ |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Donald D. Schwartz | |
| FIRM | |
| ARNOLD AND KADJAN | |
| STREET ADDRESS | |
| 19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP | |
| CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 03124459 | (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |