AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE GLAZIERS ARCHITECTURAL METAL
AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE
AND PENSION FUNDS,

08CV2234 EDA
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ

Plaintiffs,

CASE NUMBER:

V.

ASSIGNED JUDGE:

MIDWEST BUILDING SERVICES, INC., d/b/a MIDWEST
CONTRACT GLAZING, INC., an Illinois corporation and
MIDWEST CONTRACT GLAZING, INC.,

DESIGNATED
MAGISTRATE JUDGE:

Defendant.

TO: (Name and address of Defendant)

MIDWEST CONTRACT GLAZING, INC.
C/O ITS REGISTERED AGENT,
Jennifer Lea Perez
3014 W. Filmore
Chicago IL 60612

c/o its President Abraham Asllani
534 Helen Rd
Palatine IL 60067

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
---------------------------------
(By) DEPUTY CLERK



April 18, 2008
---------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4/30/08 @ 11:50 am |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
Served Midwest Contract Glazing Inc % Reg Agent Jennifer Lea Perez at business address 3014 W. Filmore Chicago IL 60612 W/F 30 red hair glasses

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/08
            Date            Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE  IL  60068
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.