IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 08 cv 2234 |
| Plaintiffs, | ) ) | Judge Gettleman |
| v. | ) ) | |
| MIDWEST BUILDING SERVICES, INC., d/b/a MIDWEST CONTRACT GLAZING, INC., an Illinois corporation and MIDWEST CONTRACT GLAZING, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   MIDWEST BUILDING SERVICES, INC.,
d/b/a MIDWEST CONTRACT GLAZING, INC.
C/O ITS REGISTERED AGENT, GEORGE JASINSKI
6446 WEST 127TH STREET
PALOS HEIGHTS, IL 60463-2266

MIDWEST CONTRACT GLAZING, INC.
C/O ITS REGISTERED AGENT, ROBERT J. RALIS
561 WEST DIVERSEY PARKWAY, #200
CHICAGO, IL 60614

**PLEASE TAKE NOTICE** that on **September 10, 2008** at **9:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Gettleman, Room 1703** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

TRUSTEES OF THE GLAZIERS,
ARCHITECTURAL METAL AND GLASS
WORKERS LOCAL UNION NO. 27
WELFARE AND PENSION FUNDS

                                      s/ Donald D. Schwartz
                                      One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: September 4, 2008

**PROOF OF SERVICE**

  I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 5th day of September 2008, at or before the hour of 5:00 p.m.

  MIDWEST BUILDING SERVICES, INC.,
  d/b/a MIDWEST CONTRACT GLAZING, INC.
  C/O ITS REGISTERED AGENT, GEORGE JASINSKI
  6446 WEST 127TH STREET
  PALOS HEIGHTS, IL 60463-2266

  MIDWEST CONTRACT GLAZING, INC.
  C/O ITS REGISTERED AGENT, ROBERT J. RALIS
  561 WEST DIVERSEY PARKWAY, #200
  CHICAGO, IL 60614

           s/Donald D. Schwartz
           ARNOLD AND KADJAN
           19 W. Jackson Blvd., Suite 300
           Chicago, IL 60604
           312-236-0415 (phone)
           312-341-0438 (fax)
           Dated: September 5, 2008